HARVEY THALER, Appellant, v. CITY OF NEW YORK, Respondent.— In an action to recover damages for personal injuries, the jury rendered a verdict in favor of defendant and against plaintiff. This court has affirmed the judgment on appeal therefrom by plaintiff. (See *Thaler v. City of New York, post,* p. 748, decided herewith.) This appeal is by plaintiff from an order denying his motion to set aside the verdict and for a new trial on the ground of newly discovered evidence. Order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ.

■

HARVEY THALER, Appellant, v. CITY OF NEW YORK, Respondent.— In an action to recover damages for personal injuries, plaintiff appeals from a judgment, entered on the verdict of a jury, in favor of defendant and against plaintiff. Judgment unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ.